United States District Court

**FILED**

of the

District of Columbia

JUN 17 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Petitioners

Taxpayer — Andrea P. Johnson → 076

2154 Silversmith court

Woodbridge VA: 22191

**RECEIVED**

MAY 28 2010

Clerk, U.S. District & Bankruptcy
Courts for the Distr...

Phone ___ 301 (703) 680 0804 (or) 571 276 6230 6/14/10

And Her

Repr. ___→ ¾ M. A. L — Alvin B. Wiggins 577 70 4818

1312 First street SW.

Washington D.C. 20024

Phone ___→ 202 - 486 4463

Case: 1:10-cv-01013
Assigned To : Friedman, Paul L.
Assign. Date : 6/17/2010
Description: Pro Se Gen. Civil

— VS

defendant

Department of the Treasury ⁵
Timothy Geither ⁵ Secretory ⁵ (No Jour mon)
15th ⑤ Pennsyvania ave NW 20222

Phone → 202 622 1100

— And His —

Internal Revenue Service bldg

1111 Constitution ave ave NW. 20024

Ph. 622 5000 ⁺ 202

Complaint

As per File clerk ⁵
putting petition one Day
outside deadline 5/27/10
thus Please subtract one legal
Holiday within it ⁵ MLK DOB 1-15-29
or 4-4-10 $ m.ac 5/28/10 afterward.

(2)

Please bring this writing (Pad) to
the Attention of No Live man

Chief Judge → Royce Lamberth.

Chronology of facts
And → Statements of facts
÷

Feb 4, 2007 —→ Taxpayer (Andrea) purchased A
house on 5-30-06 ÷ Taxablele (Taxable)
settlement charges are A Tax deduction
13290.75 — on this Day as is customary
3/0 (someones) Taxman (Repr) reported it to
Uncle Sam's I.R.S. As A good Tax deduction
[Inter 9-30-09 agents begun A Vicious Loophole
against a little child Taxwise]

Pause
Taxpayer and Repr have had an ongoing
relationship for Many years (25) Every Since She
Arrive in this Mid Atlantic region ÷ And is
A Top lady

Please See 2009 for Sch A
Attached ÷ line 27 ÷

over to page 3

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (L)

**Schedule A—Itemized Deductions**

(Schedule B is on back)

▶ Attach to Form 1040.   ▶ See Instructions for Schedules A&B (Form 1040).

OMB No. 1545-0074

**2006**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040   Andrea P. Johnson

Your social security number   076 56 4465

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | 11994 | |
| | 2 | Enter amount from Form 1040, line 38  | 2 | 60 652 | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | 4549 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 7445 |
| **Taxes You Paid** (See page A-3.) | 5 | State and local income taxes | 5 | 1949 | |
| | 6 | Real estate taxes (see page A-3) | 6 | | |
| | 7 | Personal property taxes | 7 | 2119 | |
| | 8 | Other taxes. List type and amount ▶ | 8 | 991 | |
| | 9 | Add lines 5 through 8 | | 9 | 5059 |
| **Interest You Paid** (See page A-3.) Note. Personal interest is not deductible. | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 10 655 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | |
| | 12 | Points not reported to you on Form 1098. See page A-4 for special rules | 12 | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-4.) | 13 | | |
| | 14 | Add lines 10 through 13 | | 14 | 10 655 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 3900 | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-5. You must attach Form 8283 if over $500 | 16 | | |
| | 17 | Carryover from prior year | 17 | | |
| | 18 | Add lines 15 through 17 | | 18 | 3900 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-6.) | | 19 | |
| **Job Expenses and Certain Miscellaneous Deductions** (See page A-6.) | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-6.) ▶ | 20 | 780 | |
| | 21 | Tax preparation fees | 21 | 300 | |
| | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 22 | 3541 | |
| | 23 | Add lines 20 through 22 | 23 | 4621 | |
| | 24 | Enter amount from Form 1040, line 38  | 24 | 60 656 | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | 1213 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | 3408 |
| **Other Miscellaneous Deductions** | 27 | Other—from list on page A-7. List type and amount ▶ | | 27 | 16 183 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 38, over $150,500 (over $75,250 if married filing separately)? | | | |
| | | ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 40. | } | 28 | 46 650 |
| | | ☐ Yes. Your deduction may be limited. See page A-7 for the amount to enter. ▶ | | | |
| | 29 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   Cat. No. 12614K   Schedule A (Form 1040) 2006

Many months passed this way 2-4-07 thru

Oct 2, 2009 ⟶ Tax payer ph. (phone) 6:10 ④ (Pm)
      S/o (someone) thinks ÷ being audited 2006
      ÷ speculate a rollover amount use ÷
Apointment made for

Oct 3, 2009 ⟶ 3 Ⓟ year 2006 Tax Exam
      Charges ÷ adjustments Sch A line (27)
      See [above Feb 4, 2007] Repr viewed
letter with a 38 year Eyes at it, Noting
Ⓐ ⟶ A misnormer ÷ form 886-A year period End 2006
      ÷ statement line 27 of year 2005 do not
      overlap ÷ gyro's . having less concern'n
Ⓑ ⟶ Income Tax Examiner box not signed by
      a person unless S/o Named there child it.
Ⓒ ⟶ Repr knows other Taxpayer whom is likewise,
Ⓓ ⟶ But Jump ship and conceded
Ⓔ ⟶ opinion ⟶ " A well versed loophole expert
      Attempt at creating "Naked Money "
Ⓕ ⟶ And must be contained

            Please Note attached Doc'
            Next page —

            over to page ④

**Department of the Treasury**
**Internal Revenue Service**

ANDREA JOHNSON
2154 SILVERSMITH CT
WOODBRIDGE  VA  22191-4123

---

*Misnomer*

| Form **886-A**<br>(Rev January 1994) | **EXPLANATION OF ITEMS** | | Schedule number or exhibit |
|---|---|---|---|
| Name of Taxpayer<br>ANDREA JOHNSON | Taxpayer Identification Number<br>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 | | Year/Period Ended<br>2006 |

*see 1098-*

The miscellaneous deductions claimed on line 27 of your 2005 Schedule A is not deductible without a detailed description of the deductions taken and proof of payment. The explanation given on Line 27 was not clear. Please send a legible and detailed explanation of the deduction with proof of payment.  Examples of proof of payment included, but are not limited to receipts, cancelled checks, credit card or bank statements. *also 1098 -*

Department of the Treasury - **Internal Revenue Service**

| Form **4549**<br>(Rev. May 2008) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Examination Changes** | | Page __1__ of __2__ |
|---|---|---|---|

| Name and Address of Taxpayer | Taxpayer Identification Number<br>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 | Return Form No.:<br>1040 |
|---|---|---|
| ANDREA JOHNSON<br>2154 SILVERSMITH CT<br>WOODBRIDGE  VA  22191-4123 | Person with whom examination changes were discussed. | Name and Title: |

| 1. **Adjustments to Income** | Period End<br>12/31/2006 | Period End | Period End |
|---|---|---|---|
| a. Itemized Deductions | 16,183.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 16,183.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 7,406.00 | | |
| 4. **Corrected Taxable Income** | 23,589.00 | | |
|    Tax Method | TAX TABLE | | |
|    Filing Status | Head of Household | | |
| 5. **Tax** | 2,999.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 2,999.00 | | |
| 8. **Less** a. Child Tax Credit | 1,000.00 | | |
|    **Credits** b. | | | |
|    c. | | | |
|    d. | | | |
| 9. **Balance** *(Line 7 less Lines 8a through 8d)* | 1,999.00 | | |
| 10. Plus a | | | |
|     Other b | | | |
|     Taxes c. | | | |
|     d | | | |
| 11. Total Corrected Tax Liability *(Line 9 plus Lines 10a through 10d)* | 1,999.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | | |
| 13. Adjustments to a | | | |
|     b. | | | |
|     c. Addnl Child Tax Credit | (257.00) | | |
| 14. Deficiency-Increase in Tax or *(Overassessment-Decrease in Tax)*<br>*(Line 11 less Line 12 adjusted by Lines 13a through 13c)* | 2,256.00 | | |
| 15. Adjustments to Prepayment Credits - Increase *(Decrease)* | | | |
| 16. **Balance Due or** *(Overpayment)* - *(Line 14 adjusted by Line 15)*<br>*(Excluding interest and penalties)* | 2,256.00 | | |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest income)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Form **4549** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | | Page___2___ of ___2___ |
|---|---|---|---|
| Name of Taxpayer ANDREA JOHNSON | | Taxpayer Identification Number 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 | Return Form No.: 1040 |

| 17. **Penalties/ Code Sections** | Period End 12/31/2006 | Period End | Period End |
|---|---|---|---|
| a. Accuracy-IRC 6662 | 451.20 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h | | | |
| i. | | | |
| j | | | |
| k | | | |
| l | | | |
| m. | | | |
| n | | | |
| 18. **Total Penalties** | 451.20 | | |
| Underpayment attributable to negligence: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to fraud: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)* The interest will accrue and be assessed at 120% of the under-payment rate in accordance with IRC §6621(c) | 0.00 | | |
| 19. **Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 2,256.00 | | |
| b Penalties *(Line 18)* - computed to 09/30/2009 | 451.20 | | |
| c Interest *(IRC § 6601)* - computed to 10/30/2009 | 446.38 | | |
| d TMT Interest - computed to 10/30/2009 *(on TMT underpayment)* | 0.00 | | |
| e. Amount due or *(refund)* - *(sum of Lines a, b, c and d)* | 3,153.58 | | |

Other Information:

See Attached 886-A

| Examiner's Signature. | Employee ID | Office: | Date: |
|---|---|---|---|
| Tax Examiner | 191-82000 | | 09/30/2009 |

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

| ***PLEASE NOTE:** If a joint return was filed.  **BOTH** taxpayers must sign* | | | |
|---|---|---|---|
| Signature of Taxpayer | Date: | Signature of Taxpayer | Date: |
| By. | | Title. | Date: |

| | | |
|---|---|---|
| Name of Taxpayer: | ANDREA JOHNSON | 09/30/2009 |
| Identification Number: | 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 | Total | 10.20.00 |

### 2006 - Child Tax Credit and Form 8812 Additional Child Tax Credit

| | |
|---|---|
| 1. Amount of credit based on qualifying children | 1,000.00 |
| 2. Modified AGI | 60,656.00 |
| 3. Limitation based on filing status ($110,000 if joint; $75,000 if single, head of household or qualifying widow(er); $55,000 if married filing separate) | 75,000.00 |
| 4. Subtract line 3 from line 2 (not less than 0) (If the result is not a multiple of $1,000 increase it to the next multiple of $1,000.) | 0.00 |
| 5. Multiply line 4 by .05 | 0.00 |
| 6. Subtract line 5 from line 1 (If 0 or less, no credit is allowed) | 1,000.00 |
| 7. Corrected tax before allowable credits | 2,999.00 |
| 8. Credit limitation | 0.00 |
| 9. Subtract line 8 from line 7 | 2,999.00 |
| 10. Child Tax Credit (smaller of line 6 or 9) | 1,000.00 |

### Form 8812 - Additional Child Tax Credit

| | |
|---|---|
| 1. Amount from line 1 above (or amount of credit after modified AGI reduction) | 1,000.00 |
| 2. Child Tax Credit allowed (line 10 above) | 1,000.00 |
| 3. Subtract line 2 from line 1 (If zero or less, no credit is allowed.) | 0.00 |
| 4a. Total taxable earned income | 43,601.00 |
| 4b. Nontaxable combat pay included on line 4a | 0.00 |
| 5. If the amount on line 4a is more than $11,300 subtract $11,300 from line 4a (If line 4a is less than $11,300, then set to zero.) | 32,301.00 |
| 6. Multiply the amount on line 5 by 15% | 4,845.00 |
| 7. Enter the total of the withheld social security and Medicare taxes | 0.00 |
| 8. One-half of self-employment tax, plus FICA tax on tips and uncollected social security, Medicare or RRTA taxes | 0.00 |
| 9. Total of line 7 and line 8 | 0.00 |
| 10. Earned income credit and excess social security & RRTA taxes withheld | 0.00 |
| 11. Subtract line 10 from line 9. (If zero or less, enter 0.) | 0.00 |
| 12. Larger of line 6 or line 11 | 4,845.00 |
| 13. Additional Child Tax Credit | 0.00 |

| Name of Taxpayer: | ANDREA JOHNSON | | 09/30/2009 |
|---|---|---|---|
| Identification Number: | 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 | Total | 10.20.00 |

## 2006 - Taxable Earned Income Worksheet for Child Tax Credit/8812

1. **a** Enter the amount from Form 1040, line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1a.**     43,601.00 $^{ak}$

 **b.** Enter the amount of any nontaxable combat pay received. Also enter this amount on Form 8812, line 4b.
 This amount should be shown in Form(s) W-2, box 14, with code Q. . . . . . . . . . . . . . . . . . . . **1b.**     0 00
 **Next,** if you are filing Schedule C, C-EZ, F, or SE, or you received a Schedule K-1 (Form 1065 or Form 1065-B), go to line 2a. Otherwise, skip lines 2a through 2e and go to line 3.

2. **a.** Enter any statutory employee income reported on line 1 of Schedule C or C-EZ . . . . . . . . . . . . . . . . **2a.**     0.00

 **b.** Enter any net profit or (loss) from Schedule C, line 31, Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code K1. Reduce this amount by any unreimbursed nonfarm partnership expenses you deducted on Schedule E. **Do not** include any statutory employee income or any other amounts exempt from self-employment tax. Options and commodities dealers must add any gain or subtract any loss (in the normal course of dealing in or trading section 1256 contracts) from section 1256 contracts or related property . . . . . . . . . . . . . . **2b.**     0.00

 **c.** Enter any net farm profit or (loss) from Schedule F, line 36, and from farm partnerships, Schedule K-1 (Form 1065), box 14, code A. Reduce this amount by any unreimbursed farm partnership expenses you deducted on Schedule E. **Do not** include any amounts exempt from self-employment tax. . . . . . . . . . . . . . . . . . . . . . . . **2c.**     0 00

 **d.** If you used the farm optional method to figure net earnings from self-employment, enter the amount from Schedule SE, Section B, line 15. Otherwise, skip this line and enter on line 2e the amount from line 2c . . . . . . . . . . . . . . . . . . . . . . . . . . **2d.**

 **e.** If line 2c is a profit, enter the **smaller** of line 2c or line 2d. If line 2c is a (loss), enter the (loss) from line 2c. **2e.**     0.00

3. Combine lines 1a, 1b, 2a, 2b, and 2e. If zero or less, **stop.** Do not complete the rest of this worksheet. Instead, enter -0- on line 2 of the Line 11 Worksheet on page 6 or line 4a of Form 8812, whichever applies . **3.**     43,601 00

4. Enter any amount included on line 1a that is.

 **a.** A scholarship or fellowship grant not reported on Form W-2 . . . . . . . . . **4a.**     0.00

 **b.** For work done while an inmate in a penal institution (enter "PRI" and this amount on the dotted line next to line 7 of Form 1040) . . . . . . . . . . . . . . . . . . . . . **4b.**     0.00

 **c.** A pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan (enter "DFC" and this amount on the dotted line next to line 7 of Form 1040) This amount may be shown in box 11 of your Form W-2. If you received such an amount but box 11 is blank, contact your employer for the amount received as a pension or annuity . . . . . . . **4c.**     0.00

5. **a.** Enter any amount included on line 3 that is also included on Form 2555, line 41, or Form 2555-EZ, line 18 **Do not** include any amount that is also included on line 4a, 4b, or 4c above . **5a.**     0.00

 **b.** Enter the amount, if any, from Form 2555, line 42, that is also deducted on Schedule C, C-EZ, or F, or included on Schedule E in partnership net income (or loss) . . . . . . **5b.**     0 00

 **c.** Subtract line 5b from line 5a . . . . . . . . . . . . . . **5c.**     0.00

6. Enter the amount from Form 1040, line 30 . . . . . . . . . . . . . . **6.**     0 00

7. Add lines 4a through 4c, 5c, and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7.**     0 00

8. Subtract line 7 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8.**     43,601 00

 • If you were sent here from the Line 11 Worksheet on page 6, enter this amount on line 2 of that worksheet.

 • If you were sent here from Form 8812, enter this amount on line 4a of that form

Total

| Taxpayer: | ANDREA JOHNSON | Page of | |
|---|---|---|---|
| TIN: | 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 | Tax Period(s): | 200612 |

## Accuracy-Related Penalties under IRC 6662

### 20 Percent Penalty – Internal Revenue Code Section 6662(a)

It has been determined that the underpayment of tax shown on line 7 below is attributable to one or more of the following:

(1) Negligence or disregard of rules or regulations;
(2) Substantial understatement of income tax;
(3) Substantial valuation misstatement (overstatement).

Therefore, an addition to tax is imposed as provided by Section 6662(a) of the Internal Revenue Code.

| | |
|---|---|
| 1. Total Underpayment | 2,256.00 |
| 2. Less: Underpayment attributable to non-penalty issues | 0.00 |
| 3. Less: Underpayment attributable to Section 6662A penalty issues | 0.00 |
| 4. Less: Underpayment attributable to Section 6662(h) penalty issues | 0.00 |
| 5. Less: Underpayment attributable to civil fraud penalty issues | 0.00 |
| 6. Less: Allocable prepayment credits | 0.00 |
| 7. Underpayment to which Section 6662(a) applies (Line 1 less the sum of lines 2, 3, 4, 5, and 6) | 2,256.00 |
| 8. Applicable penalty rate | 20.00% |
| 9. Section 6662(a) accuracy-related penalty (Line 7 times line 8) | 451.20 |
| 10. Less: Previously assessed/previously agreed Section 6662(a) accuracy-related penalty | 0.00 |
| 11. Total section 6662(a) accuracy-related penalty (Line 9 less line 10) | 451.20 |

### 40 Percent Penalty – Internal Revenue Code Section 6662(h)

It has been determined that the underpayment of tax shown on line 7 below is attributable to a gross valuation misstatement (overstatement). Therefore, an addition to tax is imposed as provided by Section 6662(h) of the Internal Revenue Code.

| | |
|---|---|
| 1. Total Underpayment | 2,256.00 |
| 2. Less Underpayment attributable to non-penalty issues | 0.00 |
| 3. Less: Underpayment attributable to Section 6662A penalty issues | 0.00 |
| 4. Less: Underpayment attributable to Section 6662(a) penalty issues | 2,256.00 |
| 5. Less: Underpayment attributable to civil fraud penalty issues | 0.00 |
| 6 Less: Allocable prepayment credits | 0.00 |
| 7. Underpayment to which Section 6662(h) applies (Line 1 less the sum of lines 2, 3, 4, 5, and 6) | 0.00 |
| 8. Applicable penalty rate | 40.00% |
| 9. Section 6662(h) accuracy-related penalty (Line 7 times line 8) | 0.00 |
| 10. Less: Previously assessed/previously agreed Section 6662(h) accuracy-related penalty | 0.00 |
| 11. Total section 6662(h) accuracy-related penalty (Line 9 less line 10) | 0 00 |

| Name of Taxpayer: | ANDREA JOHNSON | | 09/30/2009 |
| Identification Number: | 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 | Total | 10.20.00 |

## HOW TO PAY YOUR TAXES

If you agree with our examination, pay now by sending a check or money order payable to United States Treasury and your signed agreement.  The enclosed report does not reflect any balance currently due on your account.

Why it is to your advantage to pay now:

- Decreases future interest charges
- Prevents assessment of failure to pay penalty
- Reduces payment of nondeductible interest
- Eliminates further contact with us

If  you agree with our examination and cannot pay now:

1) Can you pay the full amount within 120 days?   [ ] Yes    [ ] No
   - If yes, send in the signed agreement now and submit the balance due when you receive a bill. Checks should be made payable to United States Treasury.
   - If no, you may be eligible for a payment plan.

2) If you would like us to consider an installment agreement, submit your written request or check the box below and return this flyer with your signed agreement.

   [ ] I would like to pay $ _____ per month.

   (We encourage you to make your payments as large as possible to limit penalty and interest charges.)

   I would like my payment to be due on the _____ of the month.

   (Please indicate a date between the 1st and 28th of the month.)

   You will be charged a fee if your request is approved.  DO NOT include the fee with this flyer.  We will send you a bill for the fee when we approve your request.

   Please provide a telephone number where we can contact you regarding your request.

   Home: (     ) _____

   Work: (     ) _____

ALSO, if you agree with our examination, PLEASE SIGN PAGE 2 OF THE REPORT (Form 4549) and return pages 1 and 2 to us.

* Interest and applicable penalties will continue to accrue until your balance is paid in full.

* All checks or money orders for payment should be made payable to United States Treasury.

Name Of Taxpayer:   ANDREA JOHNSON                                              09/30/2009
Identification Number: 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                    Total                     10.20.00

## 2006  TAX YEAR INTEREST COMPUTATION

Interest computed to                                              10/30/2009

Total Tax Deficiency                                              $2,256.00

Plus Penalties*
    Failure to File / Failure to Pay - IRC 6651          $.00
    Accuracy Related Penalty - IRC 6662               $451.20
    Accuracy Related Penalty - IRC 6662A                $.00
    Civil Fraud - IRC 6663                              $.00
    Manually Computed Penalty                           $.00

Total Penalties Subject to Interest                               $451.20

Tax Deficiency and Penalties Subject to Interest                 $2,707.20

| Type | Effective Dates | Days | Rate | Interest |
|------|-----------------|------|------|----------|
| Compound | 04/15/2007--12/31/2007 | 260 | 8% | $158.74 |
| Compound | 01/01/2008--03/31/2008 | 91 | 7% | $50.31 |
| Compound | 04/01/2008--06/30/2008 | 91 | 6% | $43.83 |
| Compound | 07/01/2008--09/30/2008 | 92 | 5% | $37.44 |
| Compound | 10/01/2008--12/31/2008 | 92 | 6% | $45.55 |
| Compound | 01/01/2009--03/31/2009 | 90 | 5% | $37.75 |
| Compound | 04/01/2009--10/30/2009 | 213 | 4% | $72.76 |

Total Interest                                                   $446.38

The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.

Name Of Taxpayer:   ANDREA JOHNSON                                              09/30/2009
Identification Number:  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                    Total                    10.20.00

## 2006   - SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 11,994.00 | 11,994.00 | 0.00 |
| 2.   7.50% of Adjusted Gross Income | 4,549.00 | 4,549.00 | |
| 3. Net Medical and Dental Expense | 7,445.00 | 7,445.00 | 0.00 |
| 4. Taxes | 5,059.00 | 5,059.00 | 0.00 |
| 5. Home Interest Expense | 10,655.00 | 10,655.00 | 0.00 |
| 6. Investment Interest | 0.00 | 0.00 | 0.00 |
| 7. Other Interest Expense | 0.00 | 0.00 | 0.00 |
| 8. Total Interest Expense | 10,655.00 | 10,655.00 | 0.00 |
| 9. Contributions | 3,900.00 | 3,900.00 | 0.00 |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Miscellaneous deductions subject to AGI limit | 4,621.00 | 4,621.00 | 0.00 |
| 12.   2.00% of Adjusted Gross Income | 1,213.00 | 1,213.00 | |
| 13. Excess Miscellaneous deductions | 3,408.00 | 3,408.00 | 0.00 |
| 14. Other Miscellaneous deductions | 16,183.00 | 0.00 | 16,183.00 |
| 15. Total itemized deductions (Sum of Lines 3, 4, 8, 9,10,13, and 14 less any applicable limitation) | 46,650.00 | 30,467.00 | 16,183.00 |

## ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | |
|---|---|
| A.  Total of lines 3, 4, 8, 9, 10, 13, and 14 | 30,467.00 |
| B.  Total of lines 3, 6, 10, (plus any gambling losses included on line 14) | 23,628.00 |
| C.  Line A less Line B | 6,839.00 |
| D.  Multiply the amount on line C by 80% | 5,471.00 |
| E.  Adjusted Gross Income from Form 1040 | 60,656.00 |
| F.  Itemized Deduction Limitation | 150,500.00 |
| G.  Line E less Line F | 0.00 |
| H.  Multiply the amount on Line G by 3% | 0.00 |
| I.   Enter the smaller of Line D or Line H | 0.00 |
| J.  Divide Line I by 3 | 0.00 |
| K  Subtract Line J from Line I | 0.00 |
| L.  Total Itemized Deductions (entered on line 15 above) | 30,467.00 |

| Form **886-A**<br>(Rev. January<br>1994)886-A | **EXPLANATION OF ITEMS** | Schedule number or exhibit |
|---|---|---|
| Name of Taxpayer<br>ANDREA JOHNSON | Taxpayer Identification Number<br>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 | Year/Period Ended<br>2006 |

**Other Miscellaneous Deductions**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2006 | $16,183.00 | $0.00 | $16,183.00 |

The reason for the deduction is unclear. We need a detailed explanation of why the deduction was taken and proof of payment.

TRANSMISSION REPORT

T377SY0U320

F562-A14

TIME       : 10-23-'09 12:15
FAX NO.1  : 202-388-6001
NAME       : Northside Medical

| NO. | FILE NO. | DATE TIME | DURATION | PGS | TO | DEPT | MODE | STATUS |
|-----|----------|-----------|----------|-----|-------------|------|---------|--------|
| 175 | 440 | 10.23 12:14 | 00:37 | 3 | 19015464115 | D 5 | EC 603 | OK |

# Northside Medical Services Corporation
## 4121 Minnesota Avenue, NE
## Washington, D.C.  20019

# FAX

**Date:** Oct 23, 2009
**Number of pages including cover sheet** 3

**To:** I.R.S accts agents
**Attn:** Y

5333 Getwell RA -
Memphis Tn
38118

**Phone:**
**Fax Number:** 901 546 4115
**CC:**

**From:** AL Wiggins - 3/4 M.A.C

m.d - atlantic Region

**Phone:** (202) 388-6000
**Fax Number:** (202) 388-6001

486 4463 - 222

285-9393 - Dee ouf

**REMARKS:** ☐ Urgent  ☑ For your review  ☐ Reply ASAP  ☐ Please comment

As is customary, Please introduce this P/A in Electronics For Verification as per modern Taxpayer - Also Please be adon a Title is not a signature As per original sender and you... At last it can be said Keep up the good work And what president mandated income tax and on whom? 3 mse/ ...

**Important Notice:** This cover sheet and any documents accompanying this telecopy transmission/communication are intended only for the use of the individual(s) or entity to which it is addressed. This transmission/communication may contain information this is privileged, confidential, and exempt from disclosure under the law. If you receive this transmission/communication in error, please notify us immediately by telephone, and return the original transmission/communication to us at the above address. Thank you very much.

Weds Oct 7, 2009 → ph T/p ÷ parent'
 statement " They reduced amount
 to 1300." ÷ Reasoned " they reduce Something
to 1300 that shouldn't be there at all."
later Taxpayer ph Repr back Full of excuses
vs - logic & reasoning qualities = Be more strict
onward.

Sat oct. 10, 2009 → repr note I.R.S workers
 proposed changes ÷ 30 Days From
Examination changes done day.

Oct 13, 2009 → Pub 17 2005 gains and losses ÷
 Chpter 13 Basis of property ÷ " If you
use property both For business and investment
purposes and For personal purposes — You Must
Allocate the basis based on the use Home only
the basis allocated to the business or investment
use of the property can be depreciated —
Thus Sch A line 23 is correcto boom boom ☺

Oct 23 2009 → Repr Tax IRS acts Management
 sent Grinwell Rd our P/A power of Attorney
with a Hint how to become more effective

 Please See attached Doc converse
 Next

 Page ⑤

Oct 25, 2009 ——→   ∴ (Ph) T/P ∴ Comfort S/O

This way∶ (A)——→ 3 year limit will
Expire before this bogus Attempt to
collect "Naked Money" go thru its
prerequisites ∴ T/P statory time began
2-4-07 (A) 08 = 1 yr (A) 09 = 2 yr (A) 10 = 3 yr.
Thus Time ran out and is pure
horassment or speculate whatever

Oct 28, 2009   2 (P) Was Theresa Fox
Ans to (ltr dated 9-30-09)
will be outside statory limit ∴ drop it !!!

Please see attached Document ∴
Next∶

Page 6

TRANSMISSION REPORT          T377SY0U320          F562-A14

| | | | TIME | : 10-28-'09 13:53 |
| | | | FAX NO.1 | : 202-388-6001 |
| | | | NAME | : Northside Medical |

| NO. | FILE NO. | DATE TIME | DURATION | PGS | TO | DEPT | MODE | STATUS |
|-----|----------|-----------|----------|-----|-----|------|------|--------|
| 247 | 546 | 10.28 13:52 | 01:01 | 6 | 16785305656 | D  5 | EC 603 | OK |

↳ Tw und 2 25×8 + Cu comm 1

# Northside Medical Services Corporation
## 4121 Minnesota Avenue, NE
## Washington, D.C.  20019

---

# FAX

Date: _Oct. 28, 2009_
Number of pages including cover sheet _10_

To: _Dept of Treas +_
    _Timothy Gaither_
Attn: _Sender of ltr_
_Sept. 30, 2009_
_Chamblee Ga._

Phone:
Fax Number: _678 530 5656_
CC:

From: _T/P Andrea Johnson /_
_3/4 M.ac / Al Wiggins_
_Mid atlantic Region_
Phone:       **(202) 388-6000**
Fax Number:  **(202) 388-6001**

_201 486 4463_

---

**REMARKS:**  ☐ Urgent   ☑ For your review   ☐ Reply ASAP   ☐ Please comment

greetings Sender, have you gone crazy as per letter yours is not signed whereas since prekindergarden All I.R.S Doc Must be signed — since its not sign year of 2009 whom Name is synonymous with The Dept of Treas — Timothy Gaither we scholars and researcher will be irritated with this bogus letter using Duress and inflicting emotional distress on a law abiding tax payer — As per your inquiry prompt. In 2) — Medicine tax = sec, Taxpayers payor exchange agreement + Bonds Gr. 5/30/06 transaction — to be repaid to I.R.S within 120 Day + Hour A WILL DAY

**Important Notice:**  This cover sheet and any documents accompanying this telecopy transmission/communication are intended only for the use of the individual(s) or entity to which it is addressed.  This transmission/communication may contain information this is privileged, confidential, and exempt from disclosure under the law.  If you receive this transmission/communication in error, please notify us immediately by telephone, and return the original transmission/communication to us at the above address.  Thank you very much.

_260 5641 5472_

_Also regulation begin or stop within 3 yr. clause_

Form **2848**
(Rev. June 2008)
Department of the Treasury
Internal Revenue Service

**Power of Attorney
and Declaration of Representative**

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date ___/___/___

**Part I** Power of Attorney

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1   Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

Taxpayer name(s) and address
Andrea Johnson
2154 Silversmith ct.
Woodbridge VA. 22191

Social security number(s): 076 56 4465

Employer identification number:

Daytime telephone number: (   )

Plan number (if applicable):

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

Name and address: Wiggins Alvin
2855 Bladensburg
Washington DC 20018

CAF No. 2605041 57 (R)
Telephone No. 202 486 4463
Fax No. ____
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address:
CAF No. ____
Telephone No. ____
Fax No. ____
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address:
CAF No. ____
Telephone No. ____
Fax No. ____
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3   Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Individual | 1040 | 2006 |
| | | |
| | | |

**4   Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Uses Not Recorded on CAF . . . . . . . . . . . . . ▶ ☐

**5   Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative or add additional representatives, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 1 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Treasury Department Circular No. 230 (Circular 230). An enrolled retirement plan administrator may only represent taxpayers to the extent provided in section 10.3(e) of Circular 230. See the line 5 instructions for restrictions on tax matters partners. In most cases, the student practitioner's (levels k and l) authority is limited (for example, they may only practice under the supervision of another practitioner).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ......................
..........................................................................................
..........................................................................................
..........................................................................................

**6   Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here X AJ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

Form 2848 (Rev. 6-2008)                                                                                                              Page **2**

**7**   **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

**a**   If you also want the second representative listed to receive a copy of notices and communications, check this box . . . . . ► ☐

**b**   If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . . . . . . ► ☐

**8**   **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9**   **Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

► **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| _Andre Johnson_ | _10/3/09_ | _Taxpayer_ |
|---|---|---|
| Signature | Date | Title (if applicable) |

| Andrea Johnson   ☐☐☐☐☐ | | |
|---|---|---|
| Print Name        PIN Number | | Print name of taxpayer from line 1 if other than individual |

| _____ | _____ | _____ |
|---|---|---|
| Signature | Date | Title (if applicable) |

| _____   ☐☐☐☐☐ | |
|---|---|
| Print Name        PIN Number | |

---

| **Part II** | **Declaration of Representative** |
|---|---|

**Caution:** *Students with a special order to represent taxpayers in qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program (levels k and l), see the instructions for Part II.*

Under penalties of perjury, I declare that:

• I am not currently under suspension or disbarment from practice before the Internal Revenue Service;

• I am aware of regulations contained in Circular 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;

• I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and

• I am one of the following:

**a**   Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

**b**   Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

**c**   Enrolled Agent—enrolled as an agent under the requirements of Circular 230.

**d**   Officer—a bona fide officer of the taxpayer's organization.

**e**   Full-Time Employee—a full-time employee of the taxpayer.

**f**   Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, brother, or sister).

**g**   Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

**h**   Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Circular 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 1 of the instructions.

**k**   Student Attorney—student who receives permission to practice before the IRS by virtue of their status as a law student under section 10.7(d) of Circular 230.

**l**   Student CPA—student who receives permission to practice before the IRS by virtue of their status as a CPA student under section 10.7(d) of Circular 230.

**r**   Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

► **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter **(a–r)** | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| (Family (h) | 260504157-2 | _signature_ | 10-5/09 |
| | | | |
| | | | |

Form **2848** (Rev. 6-2008)

**Department of the Treasury**
**Internal Revenue Service**
4800 Buford Hwy
Stop 22B
Chamblee GA 30341

Letter Number: 566-B (SC/CG)

Date:
September 30, 2009

Social Security Number:
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

Form:          Tax Year(s):
1040           December 31, 2006

Person to Contact:
T, tu Tax Examiner

PC 0935          EGC 5338

Contact Identification Number
191-82000

Telephone Number:
1-866-897-0177

Hours:
8:00 am to 8:00 pm

Fax Number:
678-530-5656

ANDREA JOHNSON
2154 SILVERSMITH CT
WOODBRIDGE VA 22191-4123

Dear ANDREA JOHNSON:

We're examining your 2006 federal income tax return.  Please provide us with documentation to support the following checked items claimed on your return.

| | | |
|---|---|---|
| ☒ Schedule A Itemized Deduction | ☐ Filing Status and Exemptions | ☐ Other |

| | | |
|---|---|---|
| ☐ Medical & Dental Expense | ☐ Head of Household | ☐ Earned Income Credit |
| ☐ Interest Expense | ☐ | ☐ Alimony Payments |
| ☐ Contributions | ☐ | ☐ Child Care Credit |
| ☐ Casualty & Theft Losses | ☐ | ☐ Credit for the Elderly |
| ☐ Moving Expense | | or Disabled |
| ☐ Uniforms, Equipment & Tools | | ☐ |
| ☒ Miscellaneous Deductions | | ☐ |
| ☐ Employee Business Expense | | ☐ |

☐ Thank you for your correspondence dated _____.  Based upon the information you've already provided and our initial review of your return, we've prepared the enclosed examination report showing the proposed changes we will make to items on your return if we don't receive any additional information from you.  The report will also show the amount of your tax liability and the amount of tax that you will owe or we will refund to you unless you disagree with the proposed changes.

☒ Based upon our initial review of your return, we've prepared the enclosed examination report showing the proposed changes we will make to items on your return if we don't receive any additional information from you.  The report also shows the amount of your tax liability and the amount of tax that you will owe or we will refund to you unless you disagree with the proposed changes.

(continued next page)

**Letter 566-B(CG) (Rev. 2-2008)**
Catalog Number 27226S

-2-

☒  If you agree with the proposed changes, please sign, date, and return the report with the total payment of
$ 3,154.00 within 30 days from the date of this letter. Make your check or money order payable to
*United States Treasury.* We charge interest on payments received after 30 days. If you can't pay the total
amount, please return the signed report and contact us now to discuss payment arrangements.

☐  If you agree with the proposed changes, please sign, date, and return the report which shows a refund of
$ 0.00. We will send the refund to you within eight weeks after we receive the signed report if
you owe no other taxes and have no other legal obligations that we are required to collect.

If you don't agree with the proposed changes, please include the following information with your response.

  • An explanation telling us what item(s) (or proposed change) you disagree with and why.

  • Readable copies of the records, information, and/or supporting documents that you want us to consider
    in support of the questioned items.

  • Any questionnaire(s) you've completed that we enclosed with this letter.

NOTE:  If a questioned item is Filing Status and Exemptions or Earned Income Credit, please read the
enclosed Forms 886-A, *Explanation of Items,* to make sure the examined items are allowable or Form 886-H,
*Supporting Documents,* for details about what records can support certain items.

It's important that you reply by mail or by fax within 30 days from the date of this letter. If you reply by mail,
please use the enclosed envelope or address your reply envelope to the Internal Revenue Service at the address
shown in the heading of this letter. If you reply by fax, please use the number shown in the heading. Whether
you mail or fax your response, please be sure to identify the contact person whose name is shown in the
heading.

Please include this letter with your response. Use the space below to list a telephone number with the area
code and the best time for us to call you if we need more information. You may want to keep for your records
a copy of the letter and any other information or documents you send to us.

Home Telephone Number: (      )  _____ - _____          Best time to call: _____

Work Telephone Number: (      )  _____ - _____          Best time to call: _____

    We will review what you send us and contact you as soon as possible. If you still disagree with our findings
after we review your response and any additional information you provide, you have the right to file an
administrative appeal as explained in the enclosed Publication 3498-A, *The Examination Process
(Examinations by Mail).* You first must have provided relevant information to the contact person named in
this letter before our Appeals office can consider your case.

(continued next page)

**Letter 566-B(CG) (Rev. 2-2008)**
Catalog Number 27226S

-3-

If we don't hear from you within 30 days from the date of this letter, we will send you a Notice of Deficiency by certified mail disallowing the questioned items and proposing an increase to your tax liability as outlined in the enclosed examination report. A Notice of Deficiency is a legal notice stating the amount of the proposed tax increase and penalties. It also explains your right to file a petition with the United States Tax Court.

If you have any questions about this letter, you can call the contact person who will be able to assist you at the toll-free telephone number shown in the top right corner on the first page of this letter. If you want us to discuss this letter with your authorized representative, please enclose a completed Form 2848, *Power of Attorney and Declaration of Representative*, with your reply. You can get this form by calling 1-800-TAX-FORM (1-800-829-3676), by visiting our Web site at www.irs.gov, or by contacting your tax advisor or public library.

Publication 3498 discusses your rights as a taxpayer and includes general rules and procedures during and following the examination process. It also explains appeals and payment procedures and outlines ways we can assist you.

Thank you for your cooperation.

Sincerely,

D. Kidd
Operations Manager, Examination

Enclosures:
Copy of this letter
Examination Report
Publications 3498-A
Envelope
☐ Questionnaire(s)
☐ Form 886-A
☐ Forms 886-H

Page 6.

Nov 11, 2009 → The ph + a letter from P/A people + faxed all 2848 recently. — We must respond to it - belief — other segments tentatively get + out & "Naked Money" thus a combined deception. (Multiple) However/ whatever statory limit + up or down in Tax will expire if Taxpayer do not give out "Naked Money". Thus making uncle Sam more and more and more weaker have they never heard —" don't poop where you live at "

Nov 7, 2009 + converse chrono with Nov. 11, 2009.

⌐ 1 T/P home + gave all Taxpayer (hearers) a threshing = "Straddling the fence will only damage your coccyx not Mine" An extrapolated amt reduced to 1300 (best)

Nov 30 - 2009    Another 2848 ltr sent (tentatively) IRS workers "Naked Money" enticement = "well versed Loophole Experts" attempt to undermine T/P and Uncle Sam + ¾ moe know 5 overlaps personally

over to page ⑦

Dec 1, 2009 → Another ltr from 2848's

They Note Evidence of "Well Versed loophole Expert weak link," No record of Examination in systems and No record of Repr as preparer of Supposed request for (more tax) or "Nobles Money".

Please see IRS letter dated 11-19-09 ~~~~~ next page.

Jan 4 2010 → T/p phone & Another I.R.s ltr 2848's NO signature & (Please see above History) already corrected

Please see attached ltrs Next to Jan 4

Jan 5, thru

Jan. 11 – 2010 → T/p under duress & S/s overcame & need repr & two 2848 ltrs Jan 4 2010 repr furnish signature 11-19-09 & Found Doc went over paper trail & IRS wrote Arrive on T/p being Hustled & S/s furnish Repr 100. U.S. Dollars

over to page 8

*Post — mark   11-27-09*
*T/1+3/   12-1-09*



INTERNAL REVENUE SERVICE
Memphis Service Center CAF POA
5333 Getwell RD, Mail Stop 8423
Memphis, TN. 38118

Date   11/19/2009

ANDREA JOHNSON
2154 SILVERSMITH CT
WOODBRIDGE,VA 22191

Dear Taxpayer:

The Internal Revenue Service (IRS) is unable to process your request because more information is needed. We are returning the enclosed Form 2848, Power of Attorney and Declaration of Representative, to you. The Form 2848 identifies your representative as a Level H Representative, Unenrolled Return Preparer. A Level H Representative must have prepared the return in question and the return must be under Examination by the IRS.

## WHY YOU ARE RECEIVING THIS LETTER

☐ At the time of processing the attached Form 2848, we could not verify that your representative prepared the return. You may either resubmit the Form 2848 with supporting documentation that the representative did prepare the return or submit a completed Form 8821, Tax Information Authorization, which is enclosed.

☐ At the time of processing the attached Form 2848, we could not verify that the return is under Examination at the IRS. You may either resubmit the Form 2848 with supporting documentation that the return is under Examination or you may submit a completed Form 8821, Tax Information Authorization, which is enclosed.

☑ At the time of processing the attached Form 2848, we could not verify that your *3 A   Dropped* representative prepared the return or that the return is under Examination. You may either resubmit the Form 2848 with supporting documentation that the representative did prepare the return and that the return is under Examination or submit a completed Form 8821, Tax Information Authorization which is enclosed.

☐

Supporting documentation for the return preparer would include a note or letter stating that the representative prepared the original return or provide a photocopy of the original return indicating that representative prepared the return. Supporting documentation regarding an Examination issue would include a note or letter stating that you have requested Examination reconsideration or provide a copy of a proposed letter of Examination from IRS.

Please mail the required information with the Form 2848 or the Form 8821 to the address above. Or, you may fax the information to ( 901-546-4115 ).

If you need to contact us regarding this letter, please call ( 901-546-4176 ).

| Form **2848** | **Power of Attorney** | OMB No. 1545-0150 |
|---|---|---|
| (Rev. June 2008) | **and Declaration of Representative** | For IRS Use Only |
| Department of the Treasury Internal Revenue Service | ▶ Type or print. ▶ See the separate instructions. | Received by: Name ___ Telephone ___ |

**Part I   Power of Attorney**

**Caution:** Form 2848 will not be honored for any purpose other than representation before the IRS.

| | Function ___ |
| | Date ___ / ___ / ___ |

**1   Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Andrea Johnson 2154 Silversmith ct. Woodbridge VA. 22191 | 076 56 4465 | |
| | Daytime telephone number ( ) | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

| Name and address Wiggins Alvin 2855 Bladensburg Washington DC 20018 | CAF No. 2605041 57 (R) Telephone No. 202 406 5501 Fax No. ___ Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
|---|---|
| Name and address | CAF No. ___ Telephone No. ___ Fax No. ___ Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address | CAF No. ___ Telephone No. ___ Fax No. ___ Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3   Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Individual | 1040 | 2006 |
| | | |

**4   Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4, Specific Uses Not Recorded on CAF  . . . . . . . . . . . . . . . . ▶ ☐

**5   Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative or add additional representatives, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See Unenrolled Return Preparer on page 1 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Treasury Department Circular No. 230 (Circular 230). An enrolled retirement plan administrator may only represent taxpayers to the extent provided in section 10.3(e) of Circular 230. See the line 5 instructions for restrictions on tax matters partners. In most cases, the student practitioner's (levels k and l) authority is limited (for example, they may only practice under the supervision of another practitioner).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ___

___

___

___

**6   Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here ▶ AJ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ A M. A.L  Alvin Wiggins     11-7-09

For Privacy Act and Paperwork Reduction Act Notice, see page 4 of the instructions.     Cat. No. 11980J     Form **2848** (Rev. 6-2008)

# Northside Medical Services Corporation
## 4121 Minnesota Avenue, NE
### Washington, D.C. 20019

# FAX

Date: Oct 23, 2009
Number of pages including cover sheet ___3___

To: I.R.S acct's Agent's
Attn:
5333 Getwell Rd
Memphis Tn
38118

Phone:
Fax Number: 901 546 4115
CC:

From: AL Wiggins ¾ M.A.C
m.d + atlantic Region

Phone: (202) 388-6000
Fax Number: (202) 388-6001

486 4463 ÷ 202

285-9393 ÷ Dee ou

REMARKS:   ☐ Urgent   ☑ For your review   ☐ Reply ASAP   ☐ Please comment

As is customary, Please introduce
this P/A in Electronics For
Verification as per menten Taxpayer —
Also Please be advise a Title is
not a Signature as per original
Sender and you... at last id
cou be said Keep up the good work
And what president mandats income tax
and on whom? 3 mac/_____

**Important Notice:** This cover sheet and any documents accompanying this telecopy
transmission/communication are intended only for the use of the individual(s) or entity to which it is
addressed. This transmission/communication may contain information this is privileged, confidential,
and exempt from disclosure under the law. If you receive this transmission/communication in error,
please notify us immediately by telephone, and return the original transmission/communication to us at
the above address. Thank you very much.

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

Form 8821 authorizes any individual, corporation, firm, organization, or partnership you designate to inspect and/or receive your confidential information in any office of the IRS for the type of tax and the years or periods you list on Form 8821. You may file your own tax information authorization without using Form 8821, but it must include all the information that is requested on Form 8821.

Form 8821 does not authorize your appointee to advocate your position with respect to the federal tax laws; to execute waivers, consents, or closing agreements; or to otherwise represent you before the IRS. If you want to authorize an individual to represent you, use Form 2848, Power of Attorney and Declaration of Representative.

Use Form 4506, Request for Copy of Tax Return, to get a copy of your tax return.

Use Form 4506-T, Request for Transcript of Tax Return, to order: (a) transcript of tax account information and (b) Form W-2 and Form 1099 series information.

Use Form 56, Notice Concerning Fiduciary Relationship, to notify the IRS of the existence of a fiduciary relationship. A fiduciary (trustee, executor, administrator, receiver, or guardian) stands in the position of a taxpayer and acts as the taxpayer. Therefore, a fiduciary does not act as an appointee and should not file Form 8821. If a fiduciary wishes to authorize an appointee to inspect and/or receive confidential tax information on behalf of the fiduciary, Form 8821 must be filed and signed by the fiduciary acting in the position of the taxpayer.

## When To File

Form 8821 must be received by the IRS within 60 days of the date it was signed and dated by the taxpayer.

## Where To File Chart

| IF you live in . . . | THEN use this address . . . | Fax Number* |
|---|---|---|
| Alabama, Arkansas, Connecticut, Delaware, District of Columbia, Florida, Georgia, Illinois, Indiana, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Mississippi, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, or West Virginia | Internal Revenue Service Memphis Accounts Management Center PO Box 268, Stop 8423 Memphis, TN 38101-0268 | 901-546-4115 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Iowa, Kansas, Minnesota, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wisconsin, or Wyoming | Internal Revenue Service 1973 N. Rulon White Blvd. MS 6737 Ogden, UT 84404 | 801-620-4249 |
| All APO and FPO addresses, American Samoa, nonpermanent residents of Guam or the Virgin Islands**, Puerto Rico (or if excluding income under section 933), a foreign country, U.S. citizens and those filing Form 2555, 2555-EZ, or 4563. | Internal Revenue Service International CAF DP: SW-311 11601 Roosevelt Blvd. Philadelphia, PA 19255 | 215-516-1017 |

*These numbers may change without notice.

**Permanent residents of Guam should use Department of Taxation, Government of Guam, P.O. Box 23607, GMF, GU 96921; permanent residents of the Virgin Islands should use: V.I. Bureau of Internal Revenue, 9601 Estate Thomas Charlotte Amalie, St. Thomas, V.I. 00802.

## Where To File

Generally, mail or fax Form 8821 directly to the IRS. See the *Where To File Chart* on page 2. Exceptions are listed below.

If Form 8821 is for a specific tax matter, mail or fax it to the office handling that matter. For more information, see the instructions for line 4.

Your representative may be able to file Form 8821 electronically with the IRS from the IRS website. For more information, go to *www.irs.gov*. Under the *Tax Professionals* tab, click on *e-services–Online Tools for Tax Professionals*. If you complete Form 8821 for electronic signature authorization, do not file a Form 8821 with the IRS. Instead, give it to your appointee, who will retain the document.

## Revocation of an Existing Tax Information Authorization

If you want to revoke an existing tax information authorization and do not want to name a new appointee, send a copy of the previously executed tax information authorization to the IRS, using the *Where To File Chart* on page 2. The copy of the tax information authorization must have a current signature and date of the taxpayer under the original signature on line 7. Write "REVOKE" across the top of Form 8821. If you do not have a copy of the tax information authorization you want to revoke, send a statement to the IRS. The statement of revocation or withdrawal must indicate that the authority of the appointee is revoked, list the tax matters and periods, and must be signed and dated by the taxpayer or representative. If the taxpayer is revoking, list the name and address of each recognized appointee whose authority is revoked. When the taxpayer is completely revoking authority, the form should state "remove all years/periods" instead of listing the specific tax matters, years, or periods. If the appointee is withdrawing, list the name, TIN, and address (if known) of the taxpayer.

To revoke a specific use tax information authorization, send the tax information authorization or statement of revocation to the IRS office handling your case, using the above instructions.

## Taxpayer Identification Numbers (TINs)

TINs are used to identify taxpayer information with corresponding tax returns. It is important that you furnish correct names, social security numbers (SSNs), individual taxpayer identification numbers (ITINs), or employer identification numbers (EINs) so that the IRS can respond to your request.

## Partnership Items

Sections 6221-6234 authorize a Tax Matters Partner to perform certain acts on behalf of an affected partnership. Rules governing the use of Form 8821 do not replace any provisions of these sections.

## Representative Address Change

If the representative's address has changed, a new Form 8821 is not required. The representative can send a written notification that includes the new information and their signature to the location where the Form 8821 was filed.

# Specific Instructions

## Line 1. Taxpayer Information

*Individuals.* Enter your name, TIN, and your street address in the space provided. Do not enter your appointee's address or post office box. If a joint return is used, also enter your spouse's name and TIN. Also enter your EIN if applicable.

*Corporations, partnerships, or associations.* Enter the name, EIN, and business address.

*Employee plan or exempt organization.* Enter the name, address, and EIN of the plan sponsor or exempt organization, and the plan name and three-digit plan number.

*Trust.* Enter the name, title, and address of the trustee, and the name and EIN of the trust.

*Estate.* Enter the name, title, and address of the decedent's executor/personal representative, and the name and identification number of the estate. The identification number for an estate includes both the EIN, if the estate has one, and the decedent's TIN.

## Line 2. Appointee

Enter your appointee's full name. Use the identical full name on all submissions and correspondence. Enter the nine-digit CAF number for each appointee. If an appointee has a CAF number for any previously filed Form 8821 or power of attorney (Form 2848), use that number. If a CAF number has not been assigned, enter "NONE," and the IRS will issue one directly to your appointee. The IRS does not assign CAF numbers to requests for employee plans and exempt organizations.

If you want to name more than one appointee, indicate so on this line and attach a list of appointees to Form 8821.

Check the appropriate box to indicate if either the address, telephone number, or fax number is new since a CAF number was assigned.

## Line 3. Tax Matters

Enter the type of tax, the tax form number, the years or periods, and the specific tax matter. Enter "Not applicable," in any of the columns that do not apply

For example, you may list "Income, 1040" for calendar year "2006" and "Excise, 720" for "2006" (this covers all quarters in 2006). For multiple years or a series of inclusive periods, including quarterly periods, you may list 2004 through (thru or a hyphen) 2006 For example, "2004 thru 2006" or "2nd 2005-3rd 2006." For fiscal years, enter the ending year and month, using the YYYYMM format Do not use a general reference such as "All years," "All periods," or "All taxes." Any tax information authorization with a general reference will be returned.

You may list the current year or period and any tax years or periods that have already ended as of the date you sign the tax information authorization. However, you may include on a tax information authorization only future tax periods that end no later than 3 years after the date the tax information authorization is received by the IRS. The 3 future periods are determined starting after December 31 of the year the tax information authorization is received by the IRS. You must enter the type of tax, the tax form number, and the future year(s) or period(s). If the matter relates to estate tax, enter the date of the decedent's death instead of the year or period.

**INTERNAL REVENUE SERVICE**
Memphis Service Center CAF POA
5333 Getwell Rd., Mail Stop 8423
Memphis, TN 38118
**POA Help Line Number (901)546-4176   Fax Number (901) 546-4115**
Please call between the hours of 7:00 AM to 8:00 PM Central M-F
**Date December 31, 2009 Employee Name Ms Walker Employee Number: 0330737263**

ANDREA JOHNSON
2154 SILVERSMITH CT
WOODBRIDGE, VA 22191

Dear Taxpayer:

We are unable to process your Form 2848 because more information is needed. We are returning your form so you can take the necessary action(s). Please return **all pages along with this cover sheet.**
For additional information or FAQ(s) see www.irs.gov/caf.

1. ☐ Line 1-Primary's SSN is missing.
2. ☐ Part II-Representative's dated signature(s) is missing.
3. ☐ Line 1-EIN and SSN specific tax periods. (beginning and ending year.)
4. ☐ Your revocation statement is missing specific tax forms and/or tax years/periods.
5. ☐ The representative on Form 2848 must be an individual, not a business.
6. ☐ Line 4-Specific use box is marked and will not be recorded on the CAF. If this box was marked in error please make the necessary corrections and return for processing.
7. ☐ Form 2848, Line 8-You must attach a copy of any Power of Attorney that you want to remain in effect. If this box was marked in error, please make the necessary corrections and return for processing.
8. ☐ Form 8821, Line 6-You must attach a copy of any Tax Information Authorization that you want to remain in effect. If this box was marked in error, please make the necessary corrections and return for processing.
9. ☒ We received only one page of your form. Please fax back both pages.
10. ☐ The document received is illegible or incomplete. Please resubmit.
11. ☐ The dated signatures of both the taxpayer(s) and representative(s) must be within 45 days of each other.
12. ☐ A revocation of the authorization by the representative must include: 1) A clear identification of the taxpayer, 2) A clear identification of the third party, 3) Specific tax matters e.g. type of tax and period(s) and 4) Your dated signature. You may also write (REVOKE) in the top margin of a copy of the original authorization but you must affix a current signature and date next to the original signature.

13. ☐ Please provide the decedent's name and social security number on line 1.

Rev. 06-23-06

Form **2848**
(Rev. June 2008)
Department of the Treasury
Internal Revenue Service

**Power of Attorney
and Declaration of Representative**
► Type or print. ► See the separate instructions.

**Part I   Power of Attorney**

Caution: Form 2848 will not be honored for any purpose other than representation before the IRS.

**1   Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Andrea Johnson 2154 Silversmith ct. Woodbridge VA 22:9: | 078 56 4465 | |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Wiggins Alvin 2855 Bladensburg Washington DC 20018 | CAF No. 260559157 (R) Telephone No. 202 486 7763 Fax No. ___ Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ___ Telephone No. ___ Fax No. ___ Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ___ Telephone No. ___ Fax No. ___ Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3   Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Individual | 1040 | 2006 |

**4**   Specific use not recorded on Centralized Authorization File (CAF). If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Uses Not Recorded on CAF . . . . . . . . . . . . . ► ☐

**5**   **Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative or add additional representatives, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

Exceptions. An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See Unenrolled Return Preparer on page 1 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Treasury Department Circular No. 230 (Circular 230). An enrolled retirement plan administrator may only represent taxpayers to the extent provided in section 10.3(e) of Circular 230. See the line 5 instructions for restrictions on tax matters partners. In most cases, the student practitioner's (levels k and l) authority is limited (for example, they may only practice under the supervision of another practitioner).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: _____
_____
_____

**6**   Receipt of refund checks. If you want to authorize a representative named on line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here ► AJ ____ and list the name of that representative below.

Name of representative to receive refund check(s) ►

For Privacy Act and Paperwork Reduction Act Notice, see page 4 of the instructions.      Cat. No. 11980J      Form **2848** (Rev. 6-2008)

Form **2848** (Rev. 6-2008)

(8)

Jan 9, 2010 →                                    T/P vs Repr

        obligation to Uncle Sam ÷ "act with
promptness, without delay" As per S/O
to Much deliberation; only concern, How
this going to cost ÷ Conference ÷
opponents tactic is to insert a wedge
÷ Bogus ltrs overwhelm you see History.
T/P loyalty essential to out-last "well
versed loophole Experts" Extrapolation of
a Multiple deception technique ÷ (See Raymond
Burr ÷ (Ironside)       Also - Unknown original
sender did receive a copy of 2848 ÷ later S/O
mail to 2848 people thus creating vexation
⊕ Consternation S/O lacked diligence (lazy)
record shows ALL Error remedied.

            Please see attached Doc next page
            Jan 9, 2010

(9)

**Department of the Treasury**
**Internal Revenue Service**

ANDREA JOHNSON
2154 SILVERSMITH CT
WOODBRIDGE VA 22191-4123

---



**Department of the Treasury**
**Internal Revenue Service**
4800 BUFORD HIGHWAY
CHAMBLEE GA 30341

Letter Date:
  December 31, 2009
Social Security Number:
  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
Form:
  1040
Tax Year(s):
  2006
Person to Contact:
  Tax Examiner

ANDREA JOHNSON
2154 SILVERSMITH CT
WOODBRIDGE VA 22191-4123

PC 0935        EGC 5119
Contact Identification Number:
  191-82000
Hours:
  8:00 A.M.-8:00 P.M.
Telephone Number:
  1-866-897-0177
Fax Number:
  1-678-530-5656

Dear Taxpayer:

Thank you for your response dated October 28, 2009 about the examination of your 2006 Federal Income Tax
Return(s). After carefully considering the information you sent us, we did not change our original proposed
change(s) to your return(s). We've explained why in the enclosed examination report.✓

If you agree with the proposed changes and owe additional tax, please sign, date and return the enclosed
examination report with your payments within 15 days from the date of this letter. Please make your check or
money order payable to the "United States Treasury" for $3,153.58. You should pay the amount you owe now
because the law requires us to charge interest and penalties until you pay the amount in full. If you can't pay
the total amount you owe, please contact us immediately so we can discuss payment arrangements.

If you do not agree with our findings, tell us what items you disagree with and why. Please send or fax your
explanation, supporting documents and/or additional information that you want us to consider with the
enclosed examination report by January 15, 2010.

If you owe additional tax and do not respond to this letter, we'll send you a Notice of Deficiency, by certified
mail, disallowing the questioned items and proposing an increase to your tax liability. A notice of deficiency is
a legal notice stating the amount of proposed tax increase and penalties. It also explains your right to file a
petition with the United States Tax Court.

You are also entitled to file an administrative appeal. The enclosed Publication 3498-A, *The Examination
Process (Examinations by Mail)*, explains our examination procedures, how to file an appeal, and other
important tax information that may be helpful to you.

(continued next page)

Letter 692(SC/CG) (Rev. 9-2007)
Catalog Number 27194T

-2-

**It's important that you reply by mail or by fax within 15 days from the date of this letter**. If you reply by mail, please use the enclosed envelope or address your reply envelope to the Internal Revenue Service at the address shown in the heading of this letter. If you reply by fax, please use the fax number shown in the heading. Whether you mail or fax your response, please be sure to identify the contact person whose name is shown in the heading.

When you write or fax to us, please include a copy of this letter with your response. Use the spaces below to indicate a telephone number, including area code, and the best time for us to call you if we need additional information. Keep a copy of the letter and any information you send to us for your records.

Home Telephone Number (   ) \_\_\_\_\_ - _____         Best time to call: _____

Work Telephone Number (   ) \_\_\_\_\_ - _____         Best time to call: _____

If you have any questions about this letter, you can call the contact person, at the toll-free number shown in the heading of this letter. If you want us to discuss this letter with your authorized representative, please enclose Form 2848, *Power of Attorney and Declaration of Representative*, with your reply. You can get Form 2848 by calling 1-800-TAX-FORM (1-800-829-3676), accessing our website at www.irs.gov, contacting your tax advisor, or visiting your public library.

Thank you for your cooperation.

Sincerely,


DENNIS KIDD
Operations Manager, Examination

Enclosures:
Copy of the letter
Examination Report
Publication 3498-A
Envelope

| Form 886-A | Department of the Treasury – Internal Revenue Service |
|---|---|
| | **EXPLANATION OF ITEMS** |

017485

**NAME OF TAXPAYER:** Andrea Johnson
**TAX IDENTIFICATION NUMBER:** 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
**TAX YEAR(S):** 2006

Thank you for your reply received on October 28, 2009. We apologize for the delay in responding to you; however, the documents you submitted did not verify that you were entitled to other miscellaneous deductions.

We have received the following documentation:

   ➢ Copy of Form 2848

The Form 2848 that you provided was sent to the service center which input them.

Before we can allow the deductions shown on your return, we must have verification of items as identified with an "X" to the left of the issue in questions.

<u>SCHEDULE A:</u>
   ( ) Miscellaneous Deductions: Uniforms, Equipment, Tools, Education and Employee Business Expenses
   A.  Explanation of how the expense relates to your employment and a description of the item.
   B.  Statement from your employer that the expense was required; a description of the reimbursement policy; and the amount reimbursed or allowance paid.
   C.  Cancelled checks and receipts verifying the expense reported.

If you cannot verify the above or agree, please sign the enclosed report and we will close our examination.

| Form **4549** (Rev. May 2008) | | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | | Page ___1___ of ___2___ | |
|---|---|---|---|---|---|
| **Name and Address of Taxpayer** | | | Taxpayer Identification Number 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 | | Return Form No. 1040 |
| ANDREA JOHNSON 2154 SILVERSMITH CT WOODBRIDGE VA 22191-4123 | | | Person with whom examination changes were discussed. | Name and Title: | |

| **1. Adjustments to Income** | | | **Period End** 12/31/2006 | **Period End** | **Period End** |
|---|---|---|---|---|---|
| a. Itemized Deductions | | | 16,183.00 | | |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |
| e. | | | | | |
| f | | | | | |
| g. | | | | | |
| h | | | | | |
| i | | | | | |
| j | | | | | |
| k. | | | | | |
| l | | | | | |
| m. | | | | | |
| n. | | | | | |
| o. | | | | | |
| p. | | | | | |
| **2** | **Total Adjustments** | | 16,183.00 | | |
| **3** | Taxable Income Per Return or as Previously Adjusted | | 7,406.00 | | |
| **4.** | **Corrected Taxable Income** | | 23,589.00 | | |
| | Tax Method | | TAX TABLE | | |
| | Filing Status | | Head of Household | | |
| **5** | **Tax** | | 2,999.00 | | |
| **6** | Additional Taxes / Alternative Minimum Tax | | | | |
| **7** | Corrected Tax Liability | | 2,999 00 | | |
| **8** | **Less** | a. Child Tax Credit | 1,000.00 | | |
| | **Credits** | b | | | |
| | | c | | | |
| | | d | | | |
| **9** | **Balance** *(Line 7 less Lines 8a through 8d)* | | 1,999 00 | | |
| **10** | Plus | a | | | |
| | Other | b | | | |
| | Taxes | c | | | |
| | | d | | | |
| **11** | Total Corrected Tax Liability *(Line 9 plus Lines 10a through 10d)* | | 1,999 00 | | |
| **12** | Total Tax Shown on Return or as Previously Adjusted | | 0 00 | | |
| **13** | Adjustments to | a | | | |
| | | b | | | |
| | | c Addnl Child Tax Credit | (257 00) | | |
| **14** | Deficiency-Increase in Tax or *(Overassessment-Decrease in Tax)* *(Line 11 less Line 12 adjusted by Lines 13a through 13c)* | | 2,256 00 | | |
| **15** | Adjustments to Prepayment Credits - Increase *(Decrease)* | | | | |
| **16.** | **Balance Due or (Overpayment)** - *(Line 14 adjusted by Line 15)* *(Excluding interest and penalties)* | | 2,256.00 | | |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest income)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period

| Form **4549** (Rev May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | | Page___2___ of ___2___ |
|---|---|---|---|
| Name of Taxpayer ANDREA JOHNSON | | Taxpayer Identification Number 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 | Return Form No.: 1040 |

| 17. **Penalties/ Code Sections** | Period End 12/31/2006 | Period End | Period End |
|---|---|---|---|
| a. Accuracy-IRC 6662 | 451.20 | | |
| b. | | | |
| c | | | |
| d | | | |
| e | | | |
| f | | | |
| g | | | |
| h | | | |
| i | | | |
| j | | | |
| k. | | | |
| l | | | |
| m | | | |
| n | | | |
| 18 **Total Penalties** | 451.20 | | |
| Underpayment attributable to negligence: *(1981-1987)* *A tax addition of 50 percent of the interest due on the* *underpayment will accrue until it is paid or assessed* | | | |
| Underpayment attributable to fraud: *(1981-1987)* *A tax addition of 50 percent of the interest due on the* *underpayment will accrue until it is paid or assessed* | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)* *The interest will accrue and be assessed at 120% of the under-* *payment rate in accordance with IRC §6621(c)* | 0.00 | | |
| 19 **Summary of Taxes, Penalties and Interest:** | | | |
| a Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 2,256 00 | | |
| b Penalties *(Line 18)* - computed to 12/31/2009 | 451 20 | | |
| c Interest *(IRC § 6601)* - computed to 01/30/2010 | 478.33 | | |
| d TMT Interest - computed to   01/30/2010     *(on TMT underpayment)* | 0.00 | | |
| e Amount due or *(refund)* - (sum of Lines a, b, c and d) | 3,185 53 | | |

Other Information:

See Attached 886-A

| Examiner's Signature | Employee ID | Office | Date |
|---|---|---|---|
| Tax Examiner | 191-82000 | | 12/31/2009 |

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report  Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law  It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations

| **PLEASE NOTE:** *If a joint return was filed,* **BOTH** *taxpayers must sign* | | | |
|---|---|---|---|
| Signature of Taxpayer | Date | Signature of Taxpayer | Date |
| By | | Title | Date |

| Name of Taxpayer: ANDREA JOHNSON | | 12/31/2009 |
|---|---|---|
| Identification Number: 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 | Total | 10.30.00 |

### 2006 - Child Tax Credit and Form 8812 Additional Child Tax Credit

| | |
|---|---|
| 1. Amount of credit based on qualifying children | 1,000.00 |
| 2. Modified AGI | 60,656.00 |
| 3. Limitation based on filing status ($110,000 if joint; $75,000 if single, head of household or qualifying widow(er); $55,000 if married filing separate) | 75,000.00 |
| 4. Subtract line 3 from line 2 (not less than 0) (If the result is not a multiple of $1,000 increase it to the next multiple of $1,000.) | 0.00 |
| 5. Multiply line 4 by .05 | 0.00 |
| 6. Subtract line 5 from line 1 (If 0 or less, no credit is allowed) | 1,000.00 |
| 7. Corrected tax before allowable credits | 2,999.00 |
| 8. Credit limitation | 0.00 |
| 9. Subtract line 8 from line 7 | 2,999.00 |
| 10. Child Tax Credit (smaller of line 6 or 9) | 1,000.00 |

### Form 8812 - Additional Child Tax Credit

| | |
|---|---|
| 1 Amount from line 1 above (or amount of credit after modified AGI reduction) | 1,000.00 |
| 2 Child Tax Credit allowed (line 10 above) | 1,000.00 |
| 3 Subtract line 2 from line 1 (If zero or less, no credit is allowed ) | 0.00 |
| 4a Total taxable earned income | 43,601.00 |
| 4b Nontaxable combat pay included on line 4a | 0.00 |
| 5. If the amount on line 4a is more than $11,300 subtract $11,300 from line 4a (If line 4a is less than $11,300, then set to zero ) | 32,301.00 |
| 6 Multiply the amount on line 5 by 15% | 4,845.00 |
| 7 Enter the total of the withheld social security and Medicare taxes | 0.00 |
| 8 One-half of self-employment tax, plus FICA tax on tips and uncollected social security, Medicare or RRTA taxes | 0.00 |
| 9 Total of line 7 and line 8 | 0.00 |
| 10 Earned income credit and excess social security & RRTA taxes withheld | 0.00 |
| 11 Subtract line 10 from line 9 (If zero or less, enter 0 ) | 0.00 |
| 12 Larger of line 6 or line 11 | 4,845.00 |
| 13 Additional Child Tax Credit | 0.00 |

| Name of Taxpayer: | ANDREA JOHNSON | | 12/31/2009 |
|---|---|---|---|
| Identification Number: | 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 | Total | 10.30 00 |

## 2006 - Taxable Earned Income Worksheet for Child Tax Credit/8812

1. a  Enter the amount from Form 1040, line 7 . . . . . . . . . . . . . . . . . . . . . **1a.** 43,601.00
   b  Enter the amount of any nontaxable combat pay received  Also enter this amount on Form 8812, line 4b
      This amount should be shown in Form(s) W-2, box 14, with code Q . **1b.** 0.00
      **Next,** if you are filing Schedule C, C-EZ, F, or SE, or you received a Schedule K-1 (Form 1065 or Form
      1065-B), go to line 2a  Otherwise, skip lines 2a through 2e and go to line 3.
2. a  Enter any statutory employee income reported on line 1 of Schedule C or C-EZ . . . . . **2a.** 0 00
   b  Enter any net profit or (loss) from Schedule C, line 31, Schedule C-EZ, line 3; Schedule K-1 (Form 1065),
      box 14, code A (other than farming), and Schedule K-1 (Form 1065-B), box 9, code K1  Reduce this
      amount by any unreimbursed nonfarm partnership expenses you deducted on Schedule E  **Do not**
      include any statutory employee income or any other amounts exempt from self-employment tax. Options
      and commodities dealers must add any gain or subtract any loss (in the normal course of dealing in or
      trading section 1256 contracts) from section 1256 contracts or related property . **2b.** 0.00
   c  Enter any net farm profit or (loss) from Schedule F, line 36, and from farm partnerships,
      Schedule K-1 (Form 1065), box 14, code A  Reduce this amount by any unreimbursed
      farm partnership expenses you deducted on Schedule E  **Do not** include any amounts
      exempt from self-employment tax . . . . . . . . . . . **2c.** 0 00
   d  If you used the farm optional method to figure net earnings from self-employment,
      enter the amount from Schedule SE, Section B, line 15. Otherwise, skip this line
      and enter on line 2e the amount from line 2c . . . . . . . . . . . . . . . **2d.**
   e  If line 2c is a profit, enter the **smaller** of line 2c or line 2d  If line 2c is a (loss), enter the (loss) from line 2c **2e.** 0 00
3. Combine lines 1a, 1b, 2a, 2b, and 2e  If zero or less, **stop.** Do not complete the rest of this worksheet
   Instead, enter -0- on line 2 of the Line 11 Worksheet on page 6 or line 4a of Form 8812, whichever applies **3.** 43,601 00
4. Enter any amount included on line 1a that is.
   a  A scholarship or fellowship grant not reported on Form W-2 **4a.** 0 00
   b  For work done while an inmate in a penal institution (enter 'PRI' and this amount
      on the dotted line next to line 7 of Form 1040) . . **4b.** 0 00
   c  A pension or annuity from a nonqualified deferred compensation plan or a
      nongovernmental section 457 plan (enter "DFC" and this amount on the dotted
      line next to line 7 of Form 1040)  This amount may be shown in box 11 of your
      Form W-2  If you received such an amount but box 11 is blank, contact your
      employer for the amount received as a pension or annuity **4c.** 0 00
5. a  Enter any amount included on line 3 that is also included on
      Form 2555, line 41, or Form 2555-EZ, line 18  **Do not** include
      any amount that is also included on line 4a, 4b, or 4c above **5a.** 0 00
   b  Enter the amount, if any, from Form 2555  line 42, that is also
      deducted on Schedule C, C-EZ  or F , or included on Schedule
      E in partnership net income or (loss) **5b** 0 00
   c  Subtract line 5b from line 5a **5c** 0 00
6. Enter the amount from Form 1040  line 30 **6.** 0 00
7. Add lines 4a through 4c, 5c  and 6 **7.** 0 00
8. Subtract line 7 from line 3 **8.** 43 601 00
   • If you were sent here from the Line 11 Worksheet on page 6, enter this amount on line 2 of that
     worksheet
   • If you were sent here from Form 8812  enter this amount on line 4a of that form

Total

| Taxpayer: | ANDREA JOHNSON | Page | of | |
|---|---|---|---|---|
| TIN: | 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 | Tax Period(s): | | 200612 |

## Accuracy-Related Penalties under IRC 6662

### 20 Percent Penalty – Internal Revenue Code Section 6662(a)

It has been determined that the underpayment of tax shown on line 7 below is attributable to one or more of the following:

(1) Negligence or disregard of rules or regulations;
(2) Substantial understatement of income tax;
(3) Substantial valuation misstatement (overstatement)

Therefore, an addition to tax is imposed as provided by Section 6662(a) of the Internal Revenue Code

| | | |
|---|---|---|
| 1 | Total Underpayment | 2,256.00 |
| 2. | Less. Underpayment attributable to non-penalty issues | 0.00 |
| 3 | Less  Underpayment attributable to Section 6662A penalty issues | 0.00 |
| 4 | Less  Underpayment attributable to Section 6662(h) penalty issues | 0.00 |
| 5. | Less· Underpayment attributable to civil fraud penalty issues | 0.00 |
| 6 | Less· Allocable prepayment credits | 0.00 |
| 7 | Underpayment to which Section 6662(a) applies (Line 1 less the sum of lines 2, 3, 4, 5, and 6) | 2,256.00 |
| 8 | Applicable penalty rate | 20.00% |
| 9. | Section 6662(a) accuracy-related penalty (Line 7 times line 8) | 451.20 |
| 10. | Less  Previously assessed/previously agreed Section 6662(a) accuracy-related penalty | 0.00 |
| 11 | Total section 6662(a) accuracy-related penalty (Line 9 less line 10) | 451 20 |

### 40 Percent Penalty – Internal Revenue Code Section 6662(h)

It has been determined that the underpayment of tax shown on line 7 below is attributable to a gross valuation misstatement (overstatement)  Therefore, an addition to tax is imposed as provided by Section 6662(h) of the Internal Revenue Code

| | | |
|---|---|---|
| 1 | Total Underpayment | 2,256.00 |
| 2 | Less  Underpayment attributable to non-penalty issues | 0.00 |
| 3 | Less  Underpayment attributable to Section 6662A penalty issues | 0.00 |
| 4 | Less  Underpayment attributable to Section 6662(a) penalty issues | 2,256.00 |
| 5 | Less  Underpayment attributable to civil fraud penalty issues | 0.00 |
| 6 | Less  Allocable prepayment credits | 0 00 |
| 7 | Underpayment to which Section 6662(h) applies (Line 1 less the sum of lines 2, 3, 4, 5, and 6) | 0.00 |
| 8 | Applicable penalty rate | 40 00% |
| 9 | Section 6662(h) accuracy-related penalty (Line 7 times line 8) | 0 00 |
| 10 | Less  Previously assessed/previously agreed Section 6662(h) accuracy-related penalty | 0 00 |
| 11 | Total section 6662(h) accuracy-related penalty (Line 9 less line 10) | 0.00 |

| Name of Taxpayer: | ANDREA JOHNSON | | 12/31/2009 |
|---|---|---|---|
| Identification Number: 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 | | Total | 10.30.00 |

## HOW TO PAY YOUR TAXES

If you agree with our examination, pay now by sending a check or money order payable to United States Treasury and your signed agreement.  The enclosed report does not reflect any balance currently due on your account.

Why it is to your advantage to pay now:

- Decreases future interest charges
- Prevents assessment of failure to pay penalty
- Reduces payment of nondeductible interest
- Eliminates further contact with us

If you agree with our examination and cannot pay now

1) Can you pay the full amount within 120 days?  [ ] Yes    [ ] No
   - If yes, send in the signed agreement now and submit the balance due when you receive a bill. Checks should be made payable to United States Treasury.
   - If no, you may be eligible for a payment plan.

2) If you would like us to consider an installment agreement, submit your written request or check the box below and return this flyer with your signed agreement.

   [ ] I would like to pay $ _____ per month.

   (We encourage you to make your payments as large as possible to limit penalty and interest charges )

   I would like my payment to be due on the _____ of the month.

   (Please indicate a date between the 1st and 28th of the month )

   You will be charged a fee if your request is approved   DO NOT include the fee with this flyer   We will send you a bill for the fee when we approve your request.

   Please provide a telephone number where we can contact you regarding your request

   Home. (    ) _____

   Work  (    ) _____

ALSO, if you agree with our examination, PLEASE SIGN PAGE 2 OF THE REPORT (Form 4549) and return pages 1 and 2 to us

* Interest and applicable penalties will continue to accrue until your balance is paid in full
* All checks or money orders for payment should be made payable to United States Treasury

| Name Of Taxpayer | ANDREA JOHNSON | | 12/31/2009 |
|---|---|---|---|
| Identification Number | 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 | Total | 10.30.00 |

## 2006 TAX YEAR INTEREST COMPUTATION

| | |
|---|---|
| Interest computed to | 01/30/2010 |
| Total Tax Deficiency | $2,256.00 |

Plus Penalties*

| | |
|---|---|
| Failure to File / Failure to Pay - IRC 6651 | $.00 |
| Accuracy Related Penalty - IRC 6662 | $451.20 |
| Accuracy Related Penalty - IRC 6662A | $.00 |
| Civil Fraud - IRC 6663 | $.00 |
| Manually Computed Penalty | $.00 |

| | |
|---|---|
| Total Penalties Subject to Interest | $451.20 |
| Tax Deficiency and Penalties Subject to Interest | $2,707.20 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2007--12/31/2007 | 260 | 8% | $158.74 |
| Compound | 01/01/2008--03/31/2008 | 91 | 7% | $50.31 |
| Compound | 04/01/2008--06/30/2008 | 91 | 6% | $43.83 |
| Compound | 07/01/2008--09/30/2008 | 92 | 5% | $37.44 |
| Compound | 10/01/2008--12/31/2008 | 92 | 6% | $45.55 |
| Compound | 01/01/2009--03/31/2009 | 90 | 5% | $37.75 |
| Compound | 04/01/2009--12/31/2009 | 275 | 4% | $94 25 |
| Compound | 01/01/2010--01/30/2010 | 30 | 4% | $10.46 |

| | |
|---|---|
| Total Interest | $478.33 |

The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.

Name Of Taxpayer.   ANDREA JOHNSON                                          12/31/2009
Identification Number   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                     Total               10.30.00

## 2006   - SCHEDULE A - ITEMIZED DEDUCTIONS

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 11,994.00 | 11,994.00 | 0.00 |
| 2.   7.50% of Adjusted Gross Income | 4,549.00 | 4,549.00 |  |
| 3. Net Medical and Dental Expense | 7,445.00 | 7,445.00 | 0.00 |
| 4. Taxes | 5,059.00 | 5,059.00 | 0.00 |
| 5. Home Interest Expense | 10,655.00 | 10,655.00 | 0.00 |
| 6. Investment Interest | 0.00 | 0.00 | 0.00 |
| 7. Other Interest Expense | 0.00 | 0.00 | 0.00 |
| 8. Total Interest Expense | 10,655.00 | 10,655.00 | 0.00 |
| 9. Contributions | 3,900.00 | 3,900.00 | 0.00 |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Miscellaneous deductions subject to AGI limit | 4,621.00 | 4,621.00 | 0.00 |
| 12    2.00% of Adjusted Gross Income | 1,213.00 | 1,213.00 |  |
| 13. Excess Miscellaneous deductions | 3,408.00 | 3,408.00 | 0.00 |
| 14. Other Miscellaneous deductions | 16,183.00 | 0.00 | 16,183.00 |
| 15. Total itemized deductions (Sum of Lines 3, 4, 8, 9,10,13, and 14 less any applicable limitation) | 46,650.00 | 30,467.00 | 16,183.00 |

## ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | | |
|---|---|---|
| A | Total of lines 3, 4, 8, 9, 10, 13, and 14 | 30,467.00 |
| B | Total of lines 3, 6, 10, (plus any gambling losses included on line 14) | 23,628.00 |
| C. | Line A less Line B | 6,839.00 |
| D | Multiply the amount on line C by 80% | 5,471.00 |
| E | Adjusted Gross Income from Form 1040 | 60,656.00 |
| F | Itemized Deduction Limitation | 150,500.00 |
| G | Line E less Line F | 0.00 |
| H | Multiply the amount on Line G by 3% | 0.00 |
| I | Enter the smaller of Line D or Line H | 0.00 |
| J | Divide Line I by 3 | 0.00 |
| K | Subtract Line J from Line I | 0.00 |
| L. | Total Itemized Deductions (entered on line 15 above) | 30,467.00 |

| Form **886-A**<br>(Rev. January<br>1994)886-A | EXPLANATION OF ITEMS | Schedule number or exhibit |
|---|---|---|
| Name of Taxpayer<br><br>ANDREA JOHNSON | Taxpayer Identification Number<br><br>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 | Year/Period Ended<br><br>2006 |

**Other Miscellaneous Deductions**

| | Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|---|
| | 2006 | $16,183.00 | $0.00 | $16,183.00 |

The reason for the deduction is unclear. We need a detailed explanation of why the deduction was taken and proof of payment.

(9)

2-2-10 — Thus a starting & spinning
of wheel +" keep going over the
some old ground to induce duress
on the Taxpayer.

Please see ldr. Nxt pg date 2-2-10

1-19-10 — Repr ph Ms williams 901 546 4776
+ prompts + lv message detab +" s/o
Acting like an outlaw + don't want to be
heard or seen" abort 2848 also Ms Hopper
T/P advocate 901 395 1941

3-10-10 IRS Perroh T/P 90 Day ed ldr.
see Attached Doc Nxt pg.

3-15-10 — 2848 Supervisor s/o input see
Attached Doc Taxed 3-16-10
Thus 3/o mail to wiggins abcdia

Have a Nice Day —



**IRS** Department of the Treasury
Internal Revenue Service

Atlanta, GA  39901-0040

7108 4354 8445 2193 5634

(3 - 16 - 10 )
90 'D' 1t r
5/27/10

ANDREA JOHNSON
2154 SILVERSMITH CT
WOODBRIDGE, VA  22191-4123546



FOLD HERE               FOLD HERE                    FOLD HERE

WI

ATLANTA IRS CENTER
STOP 22C
ATLANTA, GA 39901-0040

**IRS** Department of the Treasury
Internal Revenue Service

Atlanta, GA  39901-0040

Letter Number: 3219(SC/CG)
Letter Date:  February 26, 2010

Taxpayer Identification Number:
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

7108 4354 8445 2193 5634

Tax Form:  1040

Tax Year Ended and Deficiency

DECEMBER 31, 2006        $2,256.00

ANDREA JOHNSON
2154 SILVERSMITH CT
WOODBRIDGE, VA  22191-4123546

Contact Person:

M. BERGMAN

Contact Telephone Number:
1 866-897-0177
(TOLL FREE NUMBER)

Hours to Call:

8:00 AM TO 8:00 PM M - F

Last Date to Petition Tax Court:
May 27, 2010

Penalties/Additions to Tax

IRC Section  6662(a)                                        $451.20

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above.
This letter is your NOTICE OF DEFICIENCY, as required by law.  The enclosed statement
shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the
Last Date to Petition Tax Court (90 days from the date of this letter or 150 days if the letter is
addressed to you outside the United States) to file a petition with the United States Tax Court
for a redetermination of the amount of your tax.  You can get a petition form and the rules for
filing a petition from the Tax Court.  You should file the petition with the United States Tax Court,
400 Second Street NW, Washington D.C.  20217.  Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be)
is fixed by law and the Court cannot consider your case if the petition is filed late.  As required
by law, separate notices are sent to spouses.  If this letter is addressed to both a husband and
wife, and both want to petition the Tax Court, both must sign the petition or each must file a
separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is
$50,000 or less for any one tax year.  You can also get information about this procedure, as well
as a petition form you can use, by writing to the Clerk of the United States Tax Court at
400 Second Street, NW, Washington, D.C.  20217.  You should write promptly if you intend
to file a petition with the Tax Court.

If you decide not to file a petition with the Tax Court, please sign and return the enclosed
waiver form to us.  This will permit us to assess the deficiency quickly and will limit the
accumulation of interest.  We've enclosed an envelope you can use.  If you decide not to sign
and return the waiver and you do not petition the Tax Court, the law requires us to assess and
bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is
addressed to you outside the United States).

| FORM 5564 | Department of the Treasury --- Internal Revenue Service | Symbols |
|---|---|---|
| (Rev. June 1992) | NOTICE OF DEFICIENCY - WAIVER | Atlanta<br>STOP 022C |

Name and Address of Taxpayer(s)

ANDREA JOHNSON
2154 SILVERSMITH CT
WOODBRIDGE, VA  22191-4123546

February 26, 2010
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

| Kind of Tax | ☐ Copy to Authorized Representative |
|---|---|
| INDIVIDUAL INCOME | |

| Tax Year Ended | DEFICIENCY |
|---|---|
| DECEMBER 31, 2006 | Increase in Tax $2,256.00          Penalties |

IRC Section  6662(a)                                    $451.20

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest.  Also, I waive the requirement under section 6532(a)(1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report. I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | Date |
|---|---|---|
| | | Date |
| | By | Title | Date |

Note. If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you   Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

Who Must Sign: If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

If you agree, please sign and return this form; keep one copy for your records.

 **IRS** Department of the Treasury
Internal Revenue Service

Atlanta, GA  39901-0040

7108 4354 8445 2193 5634

Letter Number: 3219(SC/CG)
Letter Date: February 26, 2010

Taxpayer Identification Number:
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

Tax Form:  1040

Tax Year Ended and Deficiency

DECEMBER 31, 2006     $2,256.00
Contact Person:

M. BERGMAN
Contact Telephone Number:
1 866-897-0177
(TOLL FREE NUMBER)
Hours to Call:

8:00 AM TO 8:00 PM M - F

Last Date to Petition Tax Court:
May 27, 2010

Penalties/Additions to Tax
IRC Section 6662(a)                         $451.20

ANDREA JOHNSON
2154 SILVERSMITH CT
WOODBRIDGE, VA  22191-4123546

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the Last Date to Petition Tax Court (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the United States Tax Court, 400 Second Street NW, Washington D.C. 20217. Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at ' 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide not to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

| FORM 5564 | Department of the Treasury --- Internal Revenue Service | Symbols |
|---|---|---|
| (Rev. June 1992) | NOTICE OF DEFICIENCY - WAIVER | Atlanta STOP 022C |

Name and Address of Taxpayer(s)

ANDREA JOHNSON
2154 SILVERSMITH CT
WOODBRIDGE, VA 22191-4123546

February 26, 2010
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

Kind of Tax

INDIVIDUAL INCOME

☐ Copy to Authorized Representative

| Tax Year Ended | DEFICIENCY | |
|---|---|---|
| DECEMBER 31, 2006 | Increase in Tax $2,256.00 | Penalties |
| IRC Section 6662(a) | | $451.20 |

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest.  Also, I waive the requirement under section 6532(a)(1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail

| Signature | | Date |
|---|---|---|
| | | Date |
| By | Title | Date |

Note: If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you.  Please do not sign and return any prior notices you may have received Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax, nor extend the time provided by law for such action

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

Who Must Sign:  If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

If you agree, please sign and return this form; keep one copy for your records.

FORM 5564 (Rev. 6-92)

| Form **4549**<br>(Rev May 2008) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Examination Changes** | | Page __1__ of __2__ | |
|---|---|---|---|---|

| Name and Address of Taxpayer<br><br>ANDREA JOHNSON<br>2154 SILVERSMITH CT<br>WOODBRIDGE   VA  22191-4123 | Taxpayer Identification Number<br>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 | | Return Form No<br>1040 | |
|---|---|---|---|---|
| | Person with whom examination changes were discussed | | Name and Title: | |

| 1. **Adjustments to Income** | Period End<br>12/31/2006 | Period End | Period End |
|---|---|---|---|
| a. Itemized Deductions | 16,183.00 | | |
| b | | | |
| c | | | |
| d | | | |
| e | | | |
| f | | | |
| g | | | |
| h | | | |
| i | | | |
| j | | | |
| k | | | |
| l | | | |
| m | | | |
| n | | | |
| o | | | |
| p | | | |
| 2  **Total Adjustments** | 16,183.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 7,406.00 | | |
| 4  **Corrected Taxable Income** | 23,589.00 | | |
|      Tax Method | TAX TABLE | | |
|      Filing Status | Head of Household | | |
| 5  **Tax** | 2,999.00 | | |
| 6  Additional Taxes / Alternative Minimum Tax | | | |
| 7  Corrected Tax Liability | 2,999.00 | | |
| 8  **Less**    a   Child Tax Credit | 1,000.00 | | |
|    **Credits**  b | | | |
|            c | | | |
|            d | | | |
| 9  **Balance** *(Line 7 less  Lines 8a through 8d)* | 1,999.00 | | |
| 10  **Plus**    a | | | |
|    **Other**   b | | | |
|    **Taxes**   c | | | |
|            d | | | |
| 11  Total Corrected Tax Liability *(Line 9 plus Lines 10a through 10d)* | 1,999.00 | | |
| 12  Total Tax Shown on Return or as Previously Adjusted | 0 00 | | |
| 13  Adjustments to  a | | | |
|           b | | | |
|           c   Addnl Child Tax Credit | (257 00) | | |
| 14  Deficiency-Increase in Tax or *(Overassessment-Decrease in Tax)*<br>*(Line 11 less Line 12 adjusted by Lines 13a through 13c)* | 2,256.00 | | |
| 15  Adjustments to Prepayment Credits - Increase *(Decrease)* | | | |
| 16. **Balance Due or** *(Overpayment)* - *(Line 14 adjusted by Line 15)*<br>*(Excluding interest and penalties)* | 2,256 00 | | |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states  If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax  The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest income)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period

| Catalog Number 23105A | www irs gov | Form **4549** (Rev. 5-2008) |
|---|---|---|

**INTERNAL REVENUE SERVICE**
Memphis Service Center CAF POA
5333 Getwell Rd., Mail Stop 8423
Memphis, TN 38118
**POA Help Line Number (901)546-4176    Fax Number (901) 546-4115**
Please call between the hours of 7:00 AM to 8:00 PM Central M-F
**Date January 14, 2010 Employee Name Mrs. Lindsey Employee Number: 0330927041**

ANDREA P JOHNSON
2154 SILVERSMITH CT
WOODBRIDGE      VA 22191

Dear Taxpayer:

We are unable to process your Form 2848 because more information is needed. We are returning your form so you can take the necessary action(s).  Please return **all pages along with this cover sheet.**
For additional information or FAQ(s) see www.irs.gov/caf.

1. ☒  Line 6-Must contain name of representative.
2. ☐  Part II-Representative's designation letter(s)  is missing.
3. ☐  Line 1-EIN and SSN is missing.
4. ☐  Your revocation statement is missing clear identification of the taxpayer.
5. ☐  The representative on Form 2848 must be an individual, not a business.
6. ☐  Line 4-Specific use box is marked and will not be recorded on the CAF.  If this box was marked in error please make the necessary corrections and return for processing.
7. ☐  Form 2848, Line 8-You must attach a copy of any Power of Attorney that you want to remain in effect.  If this box was marked in error, please make the necessary corrections and return for processing.
8. ☐  Form 8821, Line 6-You must attach a copy of any Tax Information Authorization that you want to remain in effect.  If this box was marked in error, please make the necessary corrections and return for processing.
9. ☐  We received only one page of your form.  Please fax back both pages.
10. ☐  The document received is illegible or incomplete.  Please resubmit.
11. ☐  The dated signatures of both the taxpayer(s) and representative(s) must be within 45 days of each other.
12. ☐  A revocation of the authorization by the taxpayer must include. 1) A clear identification of the taxpayer, 2) A clear identification of the third party, 3) Specific tax matters e.g. type of tax and period(s) and 4) Your dated signature.  You may also write (REVOKE) in the top margin of a copy of the original authorization but you must affix a current signature and date next to the original signature.

13. ☐  Please provide the taxpayers' title on Line 9(example owner,president etc.) also the representatives' title.(example spouse,parent,brother,sister,child)otherwise complete Form 8821.

Rev. 06-23-06

| Form **2848** (Rev. June 2008) Department of the Treasury Internal Revenue Service | **Power of Attorney and Declaration of Representative** ▶ Type or print. ▶ See the separate instructions. | OMB No. 1545-0150 |
|---|---|---|

| | For IRS Use Only |
| | Received by: |
| | Name _____ |
| | Telephone _____ |
| | Function _____ |
| | Date ___ / ___ / ___ |

**Part I** **Power of Attorney**

Caution: Form 2848 will not be honored for any purpose other than representation before the IRS.

**1** **Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer Identification number |
|---|---|---|
| Andrea Johnson 2154 Silversmith ct. Woodbridge VA. 22191 | 071 56 4465 | |
| | Daytime telephone number ( ) | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact;

**2** **Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Wiggins Alvin 2855 Bladensburg Washington DC 20018 | CAF No. 2-60504157 (R) Telephone No. 202 486 9463 Fax No. _____ Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

| Name and address RECEIVED CAF DEPT. MAMC CAF DEPT DEC 29 2009 716 | CAF No. _____ Telephone No. _____ Fax No. _____ Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
|---|---|

| Name and address | CAF No. _____ Telephone No. _____ Fax No. _____ Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
|---|---|

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3** **Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Individual | 1040 | 2006 |
| | | |
| | | |

**4** **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Uses Not Recorded on CAF . . . . . . . . . . . . . . . ▶ ☐

**5** **Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative or add additional representatives, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

Exceptions. An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See Unenrolled Return Preparer on page 1 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Treasury Department Circular No. 230 (Circular 230). An enrolled retirement plan administrator may only represent taxpayers to the extent provided in section 10.3(e) of Circular 230. See the line 5 instructions for restrictions on tax return partners. In most cases, the student practitioner's (levels k and l) authority is limited (for example, they may only practice under the supervision of another practitioner).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: _____
_____
_____
_____

**6** **Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here ▶ AJ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

For Privacy Act and Paperwork Reduction Act Notice, see page 4 of the instructions.     Cat. No. 11980J     Form **2848** (Rev. 6-2008)

Form 2848 (Rev. 6-2008)  Page **2**

7  Notices and communications. Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

  a  If you also want the second representative listed to receive a copy of notices and communications, check this box . . . . . ▶ ☐

  b  If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . . . . . ▶ ☐

8  Retention/revocation of prior power(s) of attorney. The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here. . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

  **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9  Signature of taxpayer(s). If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

  ▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| _Audrea Johnson_ | 10/3/09 | Taxpayer |
|---|---|---|
| Signature | Date | Title (if applicable) |

| Audrea Johnson | ☐☐☐☐☐ | |
|---|---|---|
| Print Name | PIN Number | Print name of taxpayer from line 1 if other than individual |

| | | |
|---|---|---|
| Signature | Date | Title (if applicable) |

| | ☐☐☐☐☐ | |
|---|---|---|
| Print Name | PIN Number | |

## Part II    Declaration of Representative

Caution: Students with a special order to represent taxpayers in qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program (levels k and l), see the instructions for Part II.

Under penalties of perjury, I declare that:

• I am not currently under suspension or disbarment from practice before the Internal Revenue Service;

• I am aware of regulations contained in Circular 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;

• I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and

• I am one of the following:

  a  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

  b  Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

  c  Enrolled Agent—enrolled as an agent under the requirements of Circular 230.

  d  Officer—a bona fide officer of the taxpayer's organization.

  e  Full-Time Employee—a full-time employee of the taxpayer.

  f  Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, brother, or sister).

  g  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

  h  Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Circular 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See Unenrolled Return Preparer on page 1 of the instructions.

  k  Student Attorney—student who receives permission to practice before the IRS by virtue of their status as a law student under section 10.7(d) of Circular 230.

  l  Student CPA—student who receives permission to practice before the IRS by virtue of their status as a CPA student under section 10.7(d) of Circular 230.

  r  Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

  ▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED. See the Part II instructions.**

| Designation—Insert above, letter (a–r) | Jurisdiction (state) or Identification | Signature | Date |
|---|---|---|---|
| b   (b) | 260504157-2 | 3/mo/ | 10-3/09 |
| | | | |
| | | | |

Form **2848** (Rev. 6-2008)



# Fax

**Date:** Mar 16, 2010 ÷ Sharon Epps - Accts - Manager

**Subject:** Power of Attorney disagreement ÷ due to

**To:** Original Exam Sander's 2848 Note no print of Repr's Name ÷

**Phone Number:** 202 486 4463

**Fax Number:** 1 901 546 4115

**Number of Pages:** 7 ÷ 1 Face + 6

**From:** 26030:4157R ÷ Undent Repr - 38 yrs

**Phone Number:** 202 486 4463

**Fax Number:** Old Way (Same)

**Comments:** Taxpayer Andrew ÷ 26168-8897 questionable
Exam 11+ - Submitted 5/0 (Someone) A 2848 ÷ No repr Name Info
close ÷ Satisfied to 901-546-4115 ÷ Re 2848 Sander's
stone Note to 10/23/09 Correction
Have A Great Day ÷ To bad about Way Armey/Rangel —

Conclusions

Please Read the Holy Bible ÷ 2 Samuel 12: 26 thru 28   And when Ms Higgins (Top Clerk) letted Repr know retired Chief Judge Garrett Penn is Finished And gone on to be with other renowned Judges ÷ Book of Judges (1) Othneal (2) Ehud (3) Shamgar (4) Barak (5) Gideon (6) Tola (7) Jair (8) Jephthah (9) Ibzan (10) Elon (11) Abdo (12) Samson ie etc (Penn) and tentatively Lamberth to whoms attention this writing is intended for.  Also you need to write (NR) A letter ÷ Common threads .

Sign Taxpayer: _Andru Johnson_   Date 5 -26-2010

↳ Repr _____   5/26/10

Time 2:44 Pm May 26, 2010   Destessing under penalties ÷ There are fan faik as per happenings